FILED

2006 OCT 13  AM 10: 54

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06-cr-0862-BEN |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| Alejo PIEDRA | ) | ORDER EXONERATING |
| | ) | MATERIAL WITNESS BOND AND |
| | ) | FOR DISBURSEMENT OF FUNDS |
| Defendant. | ) | |
| | ) | |

Based on the representations of Tamara D. DeHaan, attorney for the below-named material witness, that the defendant herein entered a guilty plea on or about July 19, 2006, and that the material witness has voluntarily returned to his country of origin, and good cause appearing,

IT IS HEREBY ORDERED that the bond securing the presence of Casimiro BURCIGA-Magananes be exonerated, that the surety be released from any and all further obligation and/or responsibility under the bond, and that all such sums deposited with the Clerk be refunded to the below-named surety:

**Felix Hernandez-Solis**
**2726 Creekside Village Sq.**
**Otay, CA 92154**

SO ORDERED.

DATED: 10/12/06

_____
UNITED STATES DISTRICT JUDGE